24029

Brian HOWARD, Petitioner v. STATE of South Carolina, Respondent.

(442 S.E. (2d) 584)

Supreme Court

*Tara Dawn Shurling, Asst. Appellate Defender,* Columbia, *for petitioner.*

*T. Travis Medlock, Atty. Gen., James P. Hudson, Deputy*

*Atty. Gen., Delbert H. Singleton, Jr., Asst. Atty. Gen.* and *David K. Avant, Staff Atty.,* Columbia, *for respondent.*

Submitted Feb. 16, 1994.

Decided Mar. 21, 1994.

*Per Curiam:*

The writ of certiorari to review the denial of petitioner's application for postconviction relief is dismissed as improvidently granted.